# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS STATE EMPLOYEES ASSOCIATION LOCAL 2002, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 11-03208 |
| QUINN, et al., | ) ) ) | |
| Defendants. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This matter is before the Court on Plaintiffs' Amended Complaint (d/e 4), which Plaintiffs filed on September 20, 2011. On May 22, 2012, this Court noted that Plaintiffs had failed to serve Defendants within 120 days after filing the Amended Complaint, as required by Federal Rule of Civil Procedure 4(m). See Text Order of May 22, 2012. This Court directed Plaintiffs to file a status report by June 1, 2012, to show why this case should not be dismissed for want of prosecution. See Text Order of May 22, 2012.

To date, Plaintiffs have not filed a status report and have not served Defendants. Therefore, Plaintiffs' Amended Complaint (d/e 4) is DISMISSED for want of prosecution. This case is CLOSED.

IT IS SO ORDERED.

ENTERED: July 10, 2012

FOR THE COURT:

                                                s/ Sue E. Myerscough
                                                SUE E. MYERSCOUGH
                                         UNITED STATE DISTRICT JUDGE